UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARCUS LEWIS, JR., | ) | |
| RALPH LISBY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01186-SEB-DLP |
| | ) | |
| JONATHAN HENDERSON, | ) | |
| CITY OF INDIANAPOLIS, INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Plaintiffs' Notice to the Court

Regarding Discovery Dispute and Request for Reconsideration of Plaintiff's Motion

to Compel Discovery from Defendants, Dkt. [88]. On July 6, 2022, the Court denied

the Plaintiffs' Motion to Compel, stating that the Plaintiffs had failed to request a

formal discovery conference with the Undersigned prior to the filing of the motion.

(Dkt. 88). In the present Motion for Reconsideration, Plaintiffs offer proof that they

did in fact contact the Undersigned's Chambers for a discovery conference prior to

the filing of the Motion to Compel. (Dkt. 88-1). Accordingly, the basis of the Court's

denial of the Motion to Compel was in error, and the Court now **GRANTS** the

Plaintiffs' request to reconsider that denial. The Clerk is directed to reopen the

Plaintiffs' Motion to Compel Discovery (Dkt. 61) on the docket.

Additionally, the Court notes that a large portion of the parties' briefing on the

Motion to Compel discusses the effect of having no current case management plan

deadlines in place. Since that briefing, the Court approved an amended case management plan, which established a non-expert discovery deadline of December 23, 2022 and a dispositive motion deadline of February 23, 2023. (Dkt. 82). Accordingly, the Court now orders the parties to present supplemental briefing on the potential for prejudice in relation to case management deadlines. Plaintiffs shall file their supplement on or before **July 15, 2022**. Defendants shall file their supplemental response on or before **July 22, 2022**. Plaintiffs shall file a supplemental reply on or before **July 27, 2022**.

     So ORDERED.

Date: 7/7/2022

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email